UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CR. NO. 1:CR-01-0334-01 |
| Plaintiff | : | |
| | : | <u>ORDER</u> |
| v. | : | |
| | : | |
| HASSAN ATWELL, | : | |
| Defendant. | : | |

Upon Petition of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby

ORDERED that the unpaid balance of the fine imposed on the defendant, HASSAN ATWELL, on October 24, 2002, in this action is remitted.

DATE:

                                                        YVETTE KANE
                                                        U.S. District Court Judge